# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDDIE RICHARDS

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2025 CW 1361

**APRIL 20, 2026**

---

In Re:     Eddie Richards, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           740574.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** Pursuant to the appeal of the judgment herein,
no costs were assessed. **Richards v. Louisiana Dep't of Pub. Safety
& Corr.**, 2024-1184 (La. App. 1st Cir. 8/1/25), 2025 WL 2177509, *3
(unpublished), <u>writ denied</u>, 2025-01023 (La. 1/21/26), 424 So.3d
1096.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT